SUMMARY DISPOSITION ORDER

Affirmed.

SUMMARY DISPOSITION ORDER

Affirmed.

392 P.3d 1217

NATIONSTAR MORTGAGE
LLC, Plaintiff-Appellee,

v.

AKEPA PROPERTIES LLC,
Defendant-Appellant,

and

Dave Balanay Pagulayan; Blandena
Buenafe Pagulayan, Defendants-
Appellees,

and

John Does 1-10; Jane Does 1-10; Doe Part-
nerships 1-10; Doe Corporations 1-50;
and Doe Entities 1-10; and Doe Govern-
mental Units 1-10, Defendants CAAP-15-
0000407

Nationstar Mortgage LLC,
Plaintiff-Appellee,

v.

Dave Balanay Pagulayan; Blandena
Buenafe Pagulayan, Defendants-
Appellees,

and

Akepa Properties LLC, Defendant-
Appellant,

and

John Does 1-10; Jane Does 1-10; Doe Part-
nerships 1-10; Doe Corporations 1-50;
and Doe Entities 1-10; and Doe Govern-
mental Units 1-10, Defendants CAAP-15-
0000727

and

NO. CAAP-15-0000407
NO. CAAP-15-0000727

Intermediate Court of Appeals of Hawaiʻi.

April 19, 2017

APPEALS FROM THE CIRCUIT
COURT OF THE FIRST CIRCUIT (CIVIL
NO. 11-1-1786)